IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICK BUTLER and CHERYL BUTLER, individually, and GLV, INC, an Illinois Corporation,<br><br>        Plaintiffs,<br>v.<br><br>NANCY HOGSHEAD-MAKAR, an individual, CHAMPION WOMEN, a Florida not-for-profit Corporation, SARAH POWERS-BARNHARD, an individual, and DEBORAH DIMATTEO, an individual.<br><br>        Defendants. | Case No. 1:21-cv-06854 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO DEFENDANT SARAH POWERS-BARNHARD**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Rick Butler, Cheryl Butler, and GLV, Inc., and Defendant Sarah Powers-Barnhard, through their respective undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Sarah Powers-Barnhard pursuant to a negotiated settlement agreement, with each party to bear its own fees and costs.

It is further stipulated and agreed that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Date: March 22, 2022

D'Ambrose P.C.
*Attorney for Plaintiffs*
205 N. Michigan Avenue, Suite 810
Chicago, Illinois, 60601
T: (312) 396-4121
E: danielle@dambrosepc.com

1

2

          By:   */s/ Danielle D'Ambrose*
                Danielle D'Ambrose

Date: March 14, 2022

                Vivek Jayaram
                Elizabeth Austermuehle
                Palak V. Patel
                Jayaram Law, Inc.
                *Attorneys for Sarah Powers-Barnhard*
                125 S. Clark, Suite 1175
                Chicago, Illinois, 60603
                T: (312) 736-1227
                E: liz@jayaramlaw.com

          By:   */s/ Elizabeth Austermuehle*
                Elizabeth Austermuehle