**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Ricky Butler, et al.
          Plaintiff,

v.                 Case No.: 1:21−cv−06854
                 Honorable Charles P. Kocoras

Nancy Hogshead−Makar, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 20, 2022:

  MINUTE entry before the Honorable Charles P. Kocoras: Agreed motion for extension on Defendant's deadline to respond to the first amended complaint [16] is granted. Defendants' motion to dismiss is due by 6/14/2022. Response is due by 7/5/2022; Reply is due by 7/19/2022. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.