IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICK BUTLER, an individual, CHERYL BUTLER, an individual, and GLV, INC., an Illinois Corporation, <br><br> *Plaintiffs,* <br><br> vs. <br><br> NANCY HOGSHEAD-MAKER, an individual, CHAMPION WOMEN, a Florida Not-For-Profit Corporation, and DEBORAH DIMATTEO, <br><br> *Defendants.* | **Case No. 1:21-cv-6854** <br><br> Honorable Charles P. Kocoras |

**AGREED MOTION FOR FINAL EXTENSION ON DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT AND
FOR LEAVE TO FILE TO FILE A MOTION IN EXCESS OF FIFTEEN PAGES**

NOW COMES the defendants, NANCY HOGSHEAD-MAKER, CHAMPION WOMEN, and DEBRA DIMATTEO ("Defendants"), by and through their counsel, and respectfully request a final, fourteen (14) day extension on their deadline to respond to the First Amended Complaint and for leave to file a motion to dismiss in excess of fifteen (15) pages. In support, Defendants submit the following:

1. On April 25, 2022, the plaintiffs, RICK BUTLER, CHERYL BUTLER, and GLV, INC. ("Plaintiffs"), filed their First Amended Complaint, which spans fifty (50) pages and contains two hundred and twelve (212) separately numbered paragraphs. First Am. Compl. (Doc. #15).

2. The amended pleading attempts to allege causes of action for Tortious Interference with Contract (Count I), Tortious Interference with Prospective Business Advantage (Count II), Violations of the Illinois Uniform Deceptive Trade Practices Act (Count III), Violations of the Illinois Consumer Fraud and Deceptive Trade Practices Act (Count IV), and Civil Conspiracy (Count V). *Id.*

3. Defendants' present deadline to respond to the First Amended Complaint is June 14, 2022. Minute Entry, May 20, 2022 (Doc #17).

4. Defendants and their counsel have been diligent in investigating the facts and analyzing the legal claims asserted by Plaintiffs to determine how to best respond.

5. Despite best efforts to comply with this Court's deadline, Defendants and their counsel require additional time to aptly research Plaintiffs' allegations and prepare their defenses to the sprawling pleading.

6. The facts asserted in the First Amended Complaint relate to administrative investigations and hearings, adoption proceedings, and civil lawsuits spanning from as far back as 1995, up and through an action presently pending before the Seventh Circuit, as well as the publicity and news reporting on these matters.

7. The causes of action asserted in Plaintiffs' pleading stem from hundreds of allegedly offending publications by Defendants over the course of numerous years in connection with the matters referenced in the preceding paragraph 6.

8. Because truth is a recognized defense to Plaintiffs' Tortious Interference claims under Illinois law, *see* Restatement (Second) of Torts § 772, defense counsel must necessarily research and investigate the documents filed in each administrative and judicial hearing referenced in the First Amended Complaint, as well as the official reporting on those matters, and compare the same against Defendants' allegedly false speech.

9. Defendants and their counsel are confident than **an extension of two weeks to their current deadline to answer, up and through June 28, 2022**, will allow them the time necessary to thoroughly evaluate the material issues and defense involved in this lawsuit, and will not cause undue prejudice to Plaintiffs.

10. While the three Defendants will likely argue similar theories for dismissal of the pleading, Plaintiffs have asserted claims based on unique speech by each named Defendant, and certain publications by each Defendant must be addressed on an independent basis.

11. Rather than file two, or even three, separate motions to dismiss which would undoubtedly have overlapping legal arguments, for purposes of organization and judicial economy, defense counsel respectfully requests leave to file one brief on behalf of all Defendants in excess of the fifteen-page limit set forth in Local Rule 7.1.

12. Specifically, **Defendants seek leave to file one consolidated motion to dismiss of no more than twenty-five (25) pages**.

13. This motion is brought in good faith, prior to Defendants' upcoming deadline, and not for purposes of delay.

14. The undersigned defense counsel provided Plaintiffs' counsel with a copy of this motion prior to filing and obtained consent to file the same as "agreed."

WHEREFORE, for the reasons stated above, the Defendants respectfully request this Court grant the instant motion and enter the following relief:

(a) Extend Defendants deadline to respond to the First Amended Complaint by fourteen (14) days;
(b) Grant Defendants leave to file a dispositive motion brief of twenty-five (25) pages;
(c) Amend the Minute Entry of May 20, 2022 (Doc #17), to reflect the following agreed upon briefing schedule:
   1) **Defendants' deadline to file an Answer and/or motion to dismiss is June 28, 2022;**
   2) **Plaintiffs' deadline to respond to Defendants' dispositive motion is July 19, 2022;**
   3) **Defendants' deadline to file a reply in support of their dispositive motion is August 9, 2022**; and
(d) Enter any additional relief this Court deems just and proper.

Respectfully submitted,

/s/Danessa P. Watkins
Danessa P. Watkins

Ryan B. Jacobson, Esq. (Atty I.D. 6269994)
Danessa P. Watkins, Esq. (Atty I.D. 6314234)
SMITHAMUNDSEN LLC
150 North Michigan Avenue, #3300
Chicago, Illinois 60601
(312) 894-3252 DIRECT
rjacobson@smithamundsen.com; dwatkins@smithamundsen.com