UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Ricky Butler, et al.
                              Plaintiff,

v.                                               Case No.: 1:21−cv−06854
                                                          Honorable Charles P. Kocoras

Nancy Hogshead−Makar, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 17, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Agreed motion for final extension to respond to the first amended complaint and for leave to file a motion in excess of fifteen pages [18] is granted. Defendants' deadline to file an Answer and/or motion to dismiss is June 28, 2022; Plaintiffs' deadline to respond to Defendants' dispositive motion is July 19, 2022; Defendants' deadline to file a reply in support of their dispositive motion is August 9, 2022. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.