IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RICK BUTLER, an individual, CHERYL BUTLER, an individual, and GLV, INC., an Illinois Corporation, <br><br> *Plaintiffs,* <br><br> vs. <br><br> NANCY HOGSHEAD-MAKAR, an individual, CHAMPION WOMEN, a Florida Not-For-Profit Corporation, and DEBORAH DIMATTEO, <br><br> *Defendants.* | **Case No. 1:21-cv-6854** <br><br> Honorable Charles P. Kocoras |

## DEFENDANTS' MOTION FOR LEAVE TO PLACE DOCUMENT # 23 UNDER SEAL PURSUANT TO LOCAL RULE 26.2

NOW COME the defendants, NANCY HOGSHEAD-MAKAR, CHAMPION WOMEN, and DEBRA DIMATTEO ("Defendants"), by and through their counsel, and respectfully move this Court pursuant to Local Rule 26.2 to place Document #23 under seal to allow this Court the opportunity to consider this document, which is "C-6" of "Group Exhibit C," in connection with Defendants' pending Motion to Dismiss the First Amended Complaint. In support, Defendants submit the following:

1. On June 28, 2022, Defendants filed a Motion to Dismiss the Amended Complaint (Doc. #20) and supporting Memorandum of Law (Doc. #21).

2. Defendants' dispositive motion argues, in part, that this Court may consider the materials filed at "Group Exhibit C," which include documents that are specifically referenced in the First Amended Complaint and central to Plaintiffs' causes of action and, in some cases, also constitute matters of public record and published news reports over which the Court may take judicial notice. Dfs. Memo. 5 & n.4 (Doc. #21).

3. As Defendants explained, "Group Exhibit C" constitutes the "letter writing campaign" by defendants Hogshead-Makar and Champion Women from which Plaintiffs' causes of action against these defendants arise. *Id.* at 5-6; *see also,* First Am. Compl. ¶¶ 50-51 & 57 (Doc. #15) (specifically referencing the "letter writing campaign").

4. At "C-6" of "Group Exhibit C" is a copy of the Recommendation and Opinion entered on December 28, 1995, by an Administrative Law Judge for the Illinois Department of Children and Family Services, *In the Matter of Rick Butler*, Docket No. 95-A-152 (hereinafter referred to as the "DCFS Recommendation and Opinion"). Dfs. Memo. 9 (Doc. #21); *see also* Doc. #23.

5. The DCFS Recommendation and Opinion was widely circulated by third parties prior to the defendants' "letter writing campaign" and is, to this day, available to the public through at least one social media website that is not owned or controlled by any of the named defendants. *See, e.g.,* Complaint, *Mullen v. GLV, Inc.,* Case No. 1:18-cv-1465, at Doc. #1, ¶ 126 (Feb. 27, 2018) (Doc. #21-9, PageID #468-70).

6. Plaintiffs allege in their First Amended Complaint that the DCFS Recommendation and Opinion is considered confidential pursuant to Section 11 of the Illinois Abused and Neglected Child Reporting Act ("ANCRA"), 325 ILCS 5/11. First Am. Compl. ¶¶ 57(h), 167, 181, 200 & n.5 (Doc. #15).

7. Accordingly, out of abundance of caution, Defendants submitted the DCFS Recommendation and Opinion to this Court for *in camera* inspection pursuant to the procedure set forth in ANCRA. Dfs. Memo., Appendix A at 2, n.6 (Doc. #21-1).

8. Specifically, Section 11.1(a)(8) of ANCRA allows access to otherwise confidential records where, "[a] court, upon its finding that access to such records may be necessary for the determination of an issue before such court; however, such access shall be limited to in camera

inspection, unless the court determines that public disclosure of the information contained therein is necessary for the resolution of an issue then pending before it." 325 ILCS 5/11.1(a)(8).

9. After Defendants submitted the DCFS Recommendation and Opinion to the Court for *in camera* inspection, Court administration filed said document on the record at Document #23 and, upon the undersigned's request, placed the document under a temporary seal pending a motion seeking a permanent seal.

10. The good cause upon which Defendants bring the present motion are Plaintiffs' representations in their First Amended Complaint that the DCFS Recommendation and Opinion is subject to confidentiality under Section 11 of ANCRA, which were echoed Plaintiffs' counsel during a Local Rule 37.2 telephone conference on the date of this filing.

11. Defendants assume, *solely for purposes of the instant motion*, that Plaintiffs' representations to this end are correct.

12. Neither Defendants nor their counsel waive their right to later challenge the confidentiality of the DCFS Recommendation and Opinion and the necessity, or lack thereof, of a seal over this document or any other material documents related to *In the Matter of Rick Butler*, Docket No. 95-A-152.

13. This motion is brought in good faith pursuant to Defendants' contention, based on legal precedent, that the DCFS Recommendation and Opinion is referenced in and central to the causes of action asserted in the First Amended Complaint and should therefore be considered by this Court in connection with Defendants' Motion to Dismiss in the interests of justice.

14. For the same reasons, Defendants would face undue prejudice if the DCFS Recommendation and Opinion was *not* considered by this Court in evaluating the viability of the claims asserted against the Defendants, which relate directly to Defendants' allegedly tortious actions of reiterating information contained within this official record.

15. Prior to the filing of this motion, Defendants conferred with counsel for Plaintiffs in accordance with Local Rule 37.2. *See* Statement of Compliance with L.R. 37.2 (**Ex. A**). Plaintiffs' counsel advised that Defendants were not authorized to file this motion as "agreed."

WHEREFORE, for the reasons stated above, the Defendants respectfully request this Court grant the instant motion, place the DCFS Recommendation and Opinion (filed at Document #23) under seal pursuant to Local Rule 26.2, and enter any additional relief this Court deems just and proper.

Respectfully submitted,

Danessa P. Watkins

Ryan B. Jacobson, Esq. (Atty I.D. 6269994)
Danessa P. Watkins, Esq. (Atty I.D. 6314234)
SMITHAMUNDSEN LLC
150 North Michigan Avenue, #3300
Chicago, Illinois 60601
(312) 894-3376 DIRECT
rjacobson@smithamundsen.com
dwatkins@smithamundsen.com