# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ricky Butler, et al.
                    Plaintiff,

v.                                             Case No.: 1:21–cv–06854
                                                        Honorable Charles P. Kocoras

Nancy Hogshead–Makar, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion for Leave to Place Document #23 Under Seal Pursuant to Local Rule 26.2 [24] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.