## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Ricky Butler, et al.

                    Plaintiff,

v.                                     Case No.: 1:21–cv–06854
                                                           Honorable Charles P. Kocoras

Nancy Hogshead–Makar, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 18, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiffs' Motion for Extension of Time and Leave to File Response Brief in Excess of 15 pages [26] is granted. Response is now due by 8/18/2022; Reply is now due by 9/1/22. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.