## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ricky Butler, et al.
                         Plaintiff,

v.                                                Case No.: 1:21–cv–06854
                                                           Honorable Charles P. Kocoras

Nancy Hogshead–Makar, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

       MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiffs' motion to compel [62] is taken under advisement. Plaintiffs are granted leave file the relevant portion of their Exhibit 3 to the motion under seal by May 14, 2024. Defendants are to file the exhibits they referenced during today's hearing on the docket by the same deadline and use the same exhibit identification when doing so (to the extent possible) so that the exhibits on the docket and their reference in the hearing transcript (if one is ever ordered) match. The settlement conference scheduled for May 21, 2024, is cancelled. Parties have decided to complete party depositions before discussing settlement. The court will reach out to the parties to reschedule the settlement conference once it rules on the motion to compel. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.