**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RICK BUTLER, an individual, CHERYL BUTLER, an individual, and GLV, INC., an Illinois Corporation,

*Plaintiffs,*

v.

NANCY HOGSHEAD-MAKAR, an individual, CHAMPION WOMEN, a Florida Not-For-Profit Corporation, SARAH POWERS-BARNHARD, an individual, and DEBORAH DIMATTEO, an individual.

*Defendants.*

Case No. 1:21-cv-6854

The Honorable Young B. Kim

**PLAINTIFFS' SECOND AND FINAL MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs Rick Butler ("Rick"), Cheryl Butler ("Cheryl"), and GLV, Inc. ("GLV") by and through their counsel, Danielle D'Ambrose of D'Ambrose P.C., hereby respectfully move this Honorable Court for an extension of time to respond to Defendants' Motions for Summary Judgment. In support thereof, Plaintiffs state as follows:

1. On October 28, 2025, Defendant DiMatteo filed a Motion for Summary Judgment along with a 35-page Memorandum in Support of her Motion.

2. On November 11, 2025, Defendants Champion Women and Nancy Hogshead-Makar filed their Motion for Summary Judgment along with a 35-page Memorandum in Support of their Motion.

3. The Court granted Plaintiffs' First Motion to Extend on December 7, 2025, which set new response deadlines of January 9 and January 30 ,2026, respectively. (Dkt. 151) The Order

also stated that the new briefing schedule was firm due to the jury trial scheduled to start on October 20, 2026. *Id*.

4. This is Plaintiffs' second request for an extension of time to respond to the pending Motions for Summary Judgment and is requested on an emergency basis.

5. Plaintiffs' counsel had scheduled a medical procedure during a period of time which would not interfere with her work obligations. However, the procedure has become more emergent than anticipated and is being moved up to this week, with a second procedure scheduled for January 20, 2026. Both procedures require anesthesia and time our of the office to recover, which impedes counsel's ability to work on Plaintiffs' response briefs.

6. Plaintiffs' counsel is a sole practitioner and is the only attorney working on the responses to Defendants' Summary Judgment Motions.

7. Plaintiffs have attempted to respond in the time frame provided by this Honorable Court, but Plaintiffs and their counsel require additional time due to the unanticipated time counsel will have to spend out of the office.

8. Plaintiffs' counsel conferred with counsel for Defendants prior to filing this Motion on an emergency basis, and Defense counsel stated that Defendants oppose Plaintiffs' request for additional time, but would not object to the Motion being presented on Thursday, January 8, 2026, on the Court's regular motion calendar.

9. In light of the foregoing, Plaintiffs respectfully request to extend their time to respond to Defendant DiMatteo's Motion for Summary Judgment on or before January 30, 2026, and request to extend their time to respond to Defendant Hogshead-Makar and Champion Women's Motion for Summary Judgment on or before February 13, 2026.

10. The Court's December 7th Order granted Plaintiffs three weeks in between the two deadlines to respond. Plaintiffs' current request shortens the period to two weeks in consideration of the points raised in the Court's December 7th Order.

11. This motion is only filed out of necessity and is not filed for any improper purpose. Defendants will not be prejudiced by this Honorable Court granting the Plaintiffs' request to extend time.

12. The Plaintiffs also request that if the Court requires the Parties to appear for presentation of this Motion, that the appearance be conducted telephonically.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court grant the instant motion and enter the following relief:

A. Extend Plaintiffs' deadline to respond to Defendant DiMatteo's Motion for Summary Judgment, with a new deadline of January 30, 2026;

B. Extend Plaintiffs' deadline to respond to Defendant Hogshead-Makar and Champion Women's Motion for Summary Judgment on or before February 13, 2026;

C. Enter any additional relief this Court deems just and proper.

Date: January 6, 2026

Respectfully Submitted,
GLV, INC., RICK BUTLER, and
CHERYL BUTLER

By: *<u>/s/ Danielle D'Ambrose</u>*
One of Their Attorneys

Danielle D'Ambrose
D'AMBROSE P.C.
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
P: (312) 396-4121 | F: (312) 544-0311
Danielle@DambrosePC.com
ARDC No. 6323782
*Attorney for Plaintiffs*

## CERTIFICATE OF DELIVERY

The undersigned, an attorney, certifies that pursuant to Section X (E) of the General Order on Electronic Case Filing for the Northern District of Illinois, service of the above and foregoing document on all attorneys of record was accomplished through the Court's Electronic Notice for Registrants on January 6, 2026.

*/s/ Danielle D'Ambrose*