**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Ricky Butler, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06854
Honorable Young B. Kim

Nancy Hogshead−Makar, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

MINUTE entry before the Honorable Young B. Kim: Plaintiffs' opposed motion for final extension [153] is granted based on the reasons stated therein. Appearance on January 8, 2026, is not required to present this motion. Parties are to comply with the following amended briefing schedule: (1) Plaintiffs to respond to Deborah Dimatteo's [144] and Nancy Hogshead−Makar's and Champion Women's (together, "Hogshead−Makar") motions for summary judgment [147] by January 30 and February 13, 2026, respectively; (2) Dimatteo must now file her reply by February 20, 2026; and (3) Hogshead−Makar must file her reply by March 6, 2026. The court will rule on the motions for summary judgment without Plaintiffs' response if they do not timely file one. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.