**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Ricky Butler, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06854
Honorable Young B. Kim

Nancy Hogshead−Makar, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 31, 2026:

MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion for extension of time [156] is granted. Appearance on February 3, 2026, is not required to present this motion. Plaintiffs now have until February 2, 2026, to file a response to Defendant Deborah Dimatteo's motion for summary judgment. That said, Defendants must be allowed to verify Plaintiffs' assertions because on January 7, 2026, the court granted Plaintiffs' opposed motion for "final" extension−−−giving them until yesterday to file their response to Dimatteo's motion for summary judgment−−−but also cautioned them that it would rule on the motion without their response if they did not timely file one. (Id.) Plaintiffs now say in their motion that "response to DiMatteo's Motion for Summary Judgment [is] complete and [has] been prepared for filing since the early evening on January 30, 2026" but that they cannot file it because their "counsel's computer crashed." (R. 156 at 1.) The court grants the extension as noted, but by the same deadline, they must also email the original non−PDF version (e.g., the Word version) of the completed response with its document properties in tact so that Defendants may, if they wish, verify Plaintiffs' assertions in their extension motion. Dimatteo may now file her reply by February 23, 2026. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.