**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Ricky Butler, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06854
Honorable Young B. Kim

Nancy Hogshead−Makar, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion for extension of time [159] is granted. Appearance on February 5, 2026, is not required to present this motion. Plaintiffs are to file their response to Defendant Deborah Dimatteo's motion for summary judgment by close of business today. By the same deadline, Plaintiffs must also email the Word version of the four documents noted in the motion with its document properties intact so that Defendants may, if they wish, verify Plaintiffs' assertions in their extension motions. Dimatteo may now file her reply by March 2, 2026. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.